STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V. FARMERS STATE BANK OF POLK, APPELLANT: FREEMAN E. RUNQUIST ET AL., INTERVENERS, APPELLEES.

FILED JULY 17, 1931.   No 27378.

*C. M. Skiles* and *I. D. Beynon*, for appellant.

*H. G. Wellensiek, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, EBERLY, DAY and PAINE, JJ.

ROSE, J.

In a proceeding to wind up the affairs of the Farmers State Bank, an insolvent banking corporation, Runquist & Thesing, partners, intervened and presented a petition for the allowance of $1,000 as a preferred claim payable in full out of the general mass of assets in the control of the receiver. The answer to the petition of interveners was a general denial. A trial of the issues resulted in a judgment granting intervener the relief prayed. The receiver appealed to the supreme court.

The decision is controlled by the opinion in *State v. Farmers State Bank, ante,* p. 532.

AFFIRMED.

PAINE, J., concurs in the result.